# Exhibit "C"



**CITY OF**
# FORT LAUDERDALE



VIA CERTIFIED MAIL; RETURN RECEIPT REQUESTED and
VIA EMAIL: mbg@bizavlaw.com; lleon@waviation.net;

April 15, 2022

Mr. Ignacio Martinez
Terminal Ventures, LLC
2700 North Military Trail, Suite 130
Boca Raton, FL 33431

RE:  **CORRECTED NOTICE OF LEASE DEFAULT** – Lease Agreement, as amended, for Parcel
8G at the Fort Lauderdale Executive Airport between the City of Fort Lauderdale
and Terminal Ventures, LLC

Dear Mr. Martinez:

This letter constitutes formal written NOTICE OF LEASE DEFAULT.

You are hereby notified that you are in default of the Lease Agreement for Parcel 8G
with the City of Fort Lauderdale, as amended by the First Amendment to Lease
Agreement and Second Amendment to Lease Agreement ("Lease Agreement, as
amended"). Specifically, you have failed to comply with Paragraph 20(c)(2) of the
Lease Agreement, as amended, which requires that Phase II improvements be
completed by December 31, 2021.

Demand is hereby made that you cure the default and comply with Paragraph 20(c)(2)
of the Lease Agreement, as amended, within sixty (60) days of the date of this notice. If
you fail to cure the default within sixty (60) days of the date of this notice, the Lease
Agreement, as amended, shall be deemed terminated effective June 14, 2022
("termination date") and you must vacate the premises upon the termination date. If
the default is not cured and you fail to vacate the premises, the City will take further
action to protect its rights and interests available under the law.

Sincerely,

Rufus A. James
Airport Director

cc:    Christopher Lagerbloom, City Manager
Greg Chavarria, Assistant City Manager
Shari Wallen, Assistant City Attorney
Miguel Laca, Financial Administrator

**FORT LAUDERDALE EXECUTIVE AIRPORT**
6000 NW 21ST AVENUE, FORT LAUDERDALE, FLORIDA 33309
TELEPHONE (954) 828-4955, FAX (954) 938- 4974
**WWW.FORTLAUDERDALE.GOV**

Equal Opportunity Employer                                                 Printed On Recycled Paper.