# Exhibit "F"

**City of Fort Lauderdale Plaintiff vs. Terminal Ventures LLC Defendant**

---

**Broward County Case Number:** COWE22001830
**State Reporting Number:** 062022CC001830AXXXWE
**Court Type:** Civil
**Case Type:** * Removal of Tenant Non-Residential
**Incident Date:** N/A
**Filing Date:** 07/05/2022
**Court Location:** West Courthouse
**Case Status:** Disposed
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 82 Evans, Kal

---

## − Party(ies)

Total: 2

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **City of Fort Lauderdale** | | ★ Dion, Edward A<br>Retained<br>Bar ID: 267732<br>NABORS, GIBLIN & NICKERSON, P.A<br>8201 Peters Road, Suite 1000<br>Plantation, FL 33324<br>**Status: Active** |
| Defendant | **Terminal Ventures LLC** | | ★ Dutko, Michael E, Jr.<br>Retained<br>Bar ID: 72505<br>633 South Federal Hwy<br>Fort Lauderdale, FL 33301<br>**Status: Active** |

---

## − Disposition(s)

Total: 1

| Date | Statistical Closure(s) |
|---|---|
| 08/05/2022 | Disposed by Other |

| Date | Disposition(s) | View | Page(s) |
|------|----------------|------|---------|
| 08/04/2022 | **Order of Transfer**<br>  Comment (/Agreed<br>  to Circuit Court on Defts counterclaim.<br>Deft/Courtclaim Pltf shall pay transfer fee of<br>$401.00 within 5 days of execution of this Order<br>)<br> Vol./Book 0 , Page 0, 3 pages<br> Instrument Number 118321590 | 🗎 | 3 |

**—  Event(s) & Document(s)**

Total: 22

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 08/16/2022 | **Notice of Court Ordered Mediation** | 8-19 - 2022 AT 12:00 PM ZOOM MEETING ID 309 496 9755 | 🗎 | 2 |
| 08/08/2022 | **Order Vacating** | It is hereby ORDERED AND ADJUDGED that the Order Referring to Mediation entered in this action is h<br>reby VACATED | 🗎 | 2 |
| 08/05/2022 | **Memo** | from Attorney Re: check for $401.00 received at West Satellite (true copy was stamped on 8/05/2022)<br>Party: *Attorney* Dutko, Michael E, Jr. | 🗎 | 1 |
| 08/05/2022 | **Entire File Transferred** | ****to Circuit Civil******************************** | | |
| 08/05/2022 | **Don't Docket On This Case** | *****Transferred to Circuit Civil********************* | | |
| 08/04/2022 | **Reply to Affirmative Defenses** | | 🗎 | 18 |
| 08/04/2022 | **Order Referring Case to Mediation** | | 🗎 | 3 |
| 08/02/2022 | **Pleadings Sent Up To Judge** | Copy for Receipt of Rent | | |
| 08/01/2022 | **Copy of Receipt for Rent** | Party: *Defendant* Terminal Ventures LLC | 🗎 | 1 |
| 07/28/2022 | **Order Requiring Rent Money Into Ct Reg** | AGREED ORDER ON DEFENDANT/COUNTERCLAIM PLAINTIFF, TERMINAL VENTURES, LLC'S MOTION FOR LEAVE TO DEPOS T RENT INTO THE COURT REGISTRY | 🗎 | 3 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 07/28/2022 | **Answer to Counterclaim** | Party: *Plaintiff* City of Fort Lauderdale | 📄 | 41 |
| 07/28/2022 | **Reply to Affirmative Defenses** | Party: *Plaintiff* City of Fort Lauderdale | 📄 | 37 |
| 07/27/2022 | **Notice of Hearing** | | 📄 | 3 |
| 07/21/2022 | **Answer Affirmative Defenses & Counterclaim** | Party: *Defendant* Terminal Ventures LLC | 📄 | 95 |
| 07/21/2022 | **Motion for Leave** | Party: *Defendant* Terminal Ventures LLC | 📄 | 63 |
| 07/21/2022 | **Motion for Change of Venue** | Party: *Defendant* Terminal Ventures LLC | 📄 | 4 |
| 07/19/2022 | **Notice of Appearance** | AND EMAIL DESIGNATIONS Party: *Defendant* Terminal Ventures LLC | 📄 | 2 |
| 07/15/2022 | **Agreed Order** | extending time for Deft to file answer to complaint--on or before 7/21/2022 | 📄 | 2 |
| 07/08/2022 | **Summons Returned Served** | 07-07-2022 | 📄 | 2 |
| 07/06/2022 | **eSummons Issuance** | | 📄 | 1 |
| 07/05/2022 | **Civil Cover Sheet** | | 📄 | 3 |
| 07/05/2022 | **Complaint (eFiled)** | | 📄 | 81 |

## − Hearing(s)

Total: 0

**There is no Disposition information available for this case.**

## − Related Case(s)

Total: 1

| Related Case Number | Case Type | Additional Text |
|---------------------|-----------|-----------------|
| CACE22011787 | Transferred | |