# Exhibit "G"

**City Of Fort Lauderdale, et al Plaintiff vs. Terminal Ventures, LLC, et al Defendant**

**Broward County Case Number:** CACE22011787

**State Reporting Number:** 062022CA011787AXXXCE

**Court Type:** Civil

**Case Type:** Removal of Tenant

**Incident Date:** N/A

**Filing Date:** 08/10/2022

**Court Location:** Central Courthouse

**Case Status:** Reopened - CV

**Magistrate Id / Name:** N/A

**Judge ID / Name:** Bidwill, Martin J.

## — Party(ies)

Total: 4

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address<br>★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **City Of Fort Lauderdale** | | ★ Dion, Edward A<br>Retained<br>Bar ID: 267732<br>NABORS, GIBLIN & NICKERSON, P.A<br>8201 Peters Road, Suite 1000<br>Plantation, FL 33324<br>**Status: Active** |
| Defendant | **Terminal Ventures, LLC** | | ★ Green, Bruce D<br>Retained<br>Bar ID: 262048<br>Bruce David Green, P.A<br>1313 South Andrews Avenue<br>Fort Lauderdale, FL 33316<br>**Status: Active** |
| Plaintiff | **Terminal Ventures, LLC** | | ★ Green, Bruce D<br>Retained<br>Bar ID: 262048<br>Bruce David Green, P.A<br>1313 South Andrews Avenue<br>Fort Lauderdale, FL 33316<br>**Status: Active** |
| Defendant | **City Of Fort Lauderdale** | | |

## ➖ Disposition(s)

Total: 0

| Date | Statistical Closure(s) |
| --- | --- |
|  |  |

| Date | Disposition(s) | View | Page(s) |
| --- | --- | --- | --- |
| 08/10/2022 | **Order of Transfer** | 📄 | 3 |

## ➖ Event(s) & Document(s)

Total: 45

| Date | Description | Additional Text | View | Pages |
| --- | --- | --- | --- | --- |
| 12/27/2022 | **Suggestion of Bankruptcy** | Case No. 22-19816-PDR<br>Party: *Defendant* Terminal Ventures, LLC | 📄 | 9 |
| 12/27/2022 | **Notice of Cancellation** | OF DEPOSITION ON 1/4/23 @ 9:30 AM<br>AND 1/5/23 @ 9:30 AM<br>Party: *Defendant* Terminal Ventures, LLC | 📄 | 2 |
| 12/19/2022 | **Notice of Taking Deposition** |  | 📄 | 3 |
| 12/19/2022 | **Notice of Taking Deposition** |  | 📄 | 3 |
| 12/13/2022 | **Notice of Cancellation** |  | 📄 | 2 |
| 11/29/2022 | **Response to Request for Production** |  | 📄 | 7 |
| 11/23/2022 | **Notice of Taking Deposition** |  | 📄 | 3 |
| 11/21/2022 | **Notice of Service of Answers to Interrogatories** |  | 📄 | 3 |
| 11/17/2022 | **Response to Motion for Judgment** | Party: *Plaintiff* City Of Fort Lauderdale | 📄 | 6 |
| 11/17/2022 | **Notice of Filing Affidavit** | OF RUFUS A. JAMES<br>Party: *Defendant* City Of Fort Lauderdale | 📄 | 67 |
| 11/17/2022 | **Motion for Partial Summary Judgment** | Party: *Plaintiff* City Of Fort Lauderdale | 📄 | 6 |
| 11/16/2022 | **Response to Request for Admissions** |  | 📄 | 7 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 11/10/2022 | **Order for Substitution of Counsel** | | 📄 | 2 |
| 11/09/2022 | **Stipulation for Substitution of Counsel** | Party: *Defendant* Terminal Ventures, LLC | 📄 | 3 |
| 11/09/2022 | **Consent to Substitution of Counsel** | Party: *Defendant* Terminal Ventures, LLC | 📄 | 2 |
| 11/04/2022 | **Notice of Hearing** | | 📄 | 3 |
| 11/04/2022 | **Re-Notice of Hearing** | | 📄 | 3 |
| 10/28/2022 | **Notice of Filing/Affidavit of Service Returned Served** | Heather Sapurstein Castelluci. | 📄 | 5 |
| 10/26/2022 | **Notice of Video Deposition** | | 📄 | 3 |
| 10/21/2022 | **Response to Motion** | | 📄 | 5 |
| 10/21/2022 | **Request to Produce** | | 📄 | 8 |
| 10/21/2022 | **Request for Admissions** | | 📄 | 6 |
| 10/21/2022 | **Notice of Service of Interrogs** | | 📄 | 1 |
| 10/20/2022 | **Motion for Summary Judgment** | Party: *Defendant* Terminal Ventures, LLC | 📄 | 140 |
| 10/20/2022 | **Notice of Appearance** | Party: *Defendant* Terminal Ventures, LLC | 📄 | 2 |
| 09/29/2022 | **Notice of Withdrawal** | | 📄 | 3 |
| 09/21/2022 | **Motion** | | 📄 | 5 |
| 09/21/2022 | **Notice of Hearing** | | 📄 | 3 |
| 09/19/2022 | **Notice of Filing** | | 📄 | 31 |
| 09/15/2022 | **Reply to Affirmative Defenses** | | 📄 | 8 |
| 09/15/2022 | **Reply to Affirmative Defenses** | | 📄 | 18 |
| 09/08/2022 | **Answer & Affirmative Defenses** | TO AMENDED COUNTERCLAIM Party: *Plaintiff* City Of Fort Lauderdale | 📄 | 10 |
| 09/08/2022 | **Reply to Affirmative Defenses** | Party: *Plaintiff* City Of Fort Lauderdale | 📄 | 7 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 09/01/2022 | **Notice of Appearance** | Party: *Defendant* Terminal Ventures, LLC | 📄 | 2 |
| 08/30/2022 | **Agreed Order** | | 📄 | 2 |
| 08/19/2022 | **Response** | PLAINTIFF'S RESPONSE TO THE DEFENDANT TERMINAL VENTURES, LLC'S OBJECTION TO THE NOTICE OF TRIAL | 📄 | 6 |
| 08/17/2022 | **Notice of Withdrawal** | OF E-FILED DOCUMENTS Party: *Plaintiff* Terminal Ventures, LLC | 📄 | 4 |
| 08/17/2022 | **Motion for Leave to Amend** | ITS ANSWER TO THE CITY OF FORT LAUDERDALE'S COMPLAINT Party: *Plaintiff* Terminal Ventures, LLC | 📄 | 26 |
| 08/16/2022 | **Amended Answer & Counterclaim** | Party: *Defendant* Terminal Ventures, LLC | 📄 | 20 |
| 08/16/2022 | **Objection** | IN RESPONSE TO THE CITY OF FORT LAUDERDALE'S NOTICE FOR TRIAL Party: *Defendant* Terminal Ventures, LLC | 📄 | 7 |
| 08/16/2022 | **Motion for Leave to Amend** | ITS ANSWER TO THE CITY OF FORT LAUDERDALE'S COMPLAINT Party: *Defendant* Terminal Ventures, LLC | 📄 | 4 |
| 08/12/2022 | **Notice to Set Case for Trial** | Party: *Plaintiff* City Of Fort Lauderdale | 📄 | 3 |
| 08/10/2022 | **Per AOSC20-23 Amd12, Case is determined General** | | | |
| 08/10/2022 | **No Summons Issued** | | | |
| 08/10/2022 | **Agreed Order** | | 📄 | 3 |

**−** Hearing(s)                                                    Total: 0

**There is no Disposition information available for this case.**

**−** Related Case(s)                                               Total: 1

| Related Case Number | Case Type | Additional Text |
|---|---|---|
| COWE22001830 | Transferred | |