# Exhibit "H"

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY FLORIDA

CITY OF FORT LAUDERDALE, a
municipal corporation of the State of Florida,

    Plaintiff,

v.                                                                                    CASE NO.    CACE22011787(5)

TERMINAL VENTURES, LLC, a Florida
limited liability company,

    Defendant.

_____/

TERMINAL VENTURES, LLC, a Florida
limited liability company,

    Counterclaim Plaintiff,

v.

CITY OF FORT LAUDERDALE, a
municipal corporation of the State of Florida,

    Counterclaim Defendant.

_____/

## NOTICE FOR TRIAL
### (Summary Procedure)

    Plaintiff, CITY OF FORT LAUDERDALE ("City") states that this action is currently at issue and ready for trial pursuant to the summary eviction procedure as set forth in Sections 51.011 and 83.21, Florida Statutes. It is estimated that the eviction portion of the case will take approximately one day of jury trial.

    Section 83.21, Florida Statutes provides that the City is entitled to summary procedure as provided in Section 51.011, Florida Statutes when applying for the removal or eviction of a tenant. Section 51.011, Florida Statutes sets forth a summary procedure for pleadings, discovery, and

trials. The summary procedure statutes envision an expedited process to determine the right to possession promptly <u>without the necessity of deciding all other issues between the parties</u>. While the tenant may assert all equitable defenses in a landlord/tenant dispute, there is no obligation to do so in the summary procedure action. *Camena Investments and Property Management Corp. v. Cross*, 791 So.2d 595, 596 (Fla. 3d DCA 2001). The purpose is to give a landlord speedy relief where the tenant stays on and refuses to vacate the premises after the expiration or termination of the lease. *See* §83.21, Fla. Stat. (2022); §51.011(1), Fla. Stat. (2022).

Respectfully submitted,

/s/ *Edward A. Dion*

EDWARD A. DION
Florida Bar No. 267732
RONNIE ADILI
Florida Bar No. 140473
Nabors, Giblin & Nickerson, P.A.
8201 Peters Road, Suite 1000
Plantation, Florida 33324
(954) 315-0268
edion@ngnlaw.com
radili@ngnlaw.com
legal-admin@ngnlaw.com

**COUNSEL FOR PLAINTIFF**
**CITY OF FORT LAUDERDALE**

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

Electronic Mail via the Florida Courts E-Filing Portal, as authorized by Fla. R. Jud. Admin. 2.516,

this 12th day of August 2022 to:

MICHAEL E. DUTKO, JR., ESQUIRE
WILLIAM R. SCHERER, ESQUIRE
THOMAS ARNST, ESQUIRE
Conrad & Scherer, LLP
633 South Federal Highway
Fort Lauderdale, Florida 33301
(954) 462-5500
(954) 463-9244 (Fax)
wscherer@conradscherer.com
mdutko@conradscherer.com
tarnst@conradscherer.com
amaya@conradscherer.com
ekreiling@conradscherer.com
eservice@conradscherer.com

**ATTORNEYS FOR DEFENDANT/
COUNTERCLAIM PLAINTIFF,
TERMINAL VENTURES, LLC**

/s/ *Edward A. Dion*
EDWARD A. DION

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY