# Exhibit "L"

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY FLORIDA

CITY OF FORT LAUDERDALE, a
municipal corporation of the State of Florida,

     Plaintiff,

v.                            CASE NO.    CACE22011787(5)

TERMINAL VENTURES, LLC, a Florida
limited liability company,

     Defendant.

_____/

TERMINAL VENTURES, LLC, a Florida
limited liability company,

     Counterclaim Plaintiff,

v.

CITY OF FORT LAUDERDALE, a
municipal corporation of the State of Florida,

     Counterclaim Defendant.

_____/

**PLAINTIFF/COUNTERCLAIM DEFENDANT, CITY OF FORT LAUDERDALE'S
MOTION FOR CASE MANAGEMENT CONFERENCE**

     Plaintiff/Counterclaim Defendant, CITY OF FORT LAUDERDALE ("City"), by and through its undersigned counsel, and pursuant to Fla. R. Civ. P.1.200(a), hereby requests that this Court schedule a Case Management Conference in this matter, and in support thereof, states as follows:

**I.      Introduction**

     This case originated in the Broward County Court as a non-residential eviction of a commercial tenant from the City's Executive Airport. Pursuant to Sections 51.011 and 83.21,

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

Florida Statutes, the City is entitled to summary procedure. Defendant/Counter Plaintiff, Terminal Ventures, LLC ("TV"), filed a Counterclaim alleging damages in excess of the jurisdictional limits of County Court, and this matter was transferred to Broward County Circuit Court and assigned to this Court.

## II.     Background

On or about February 24, 2020, the City, entered into a written Lease Agreement with TV for the subject Premises. On or about May 1, 2020, the CITY entered into a First Amendment to the Lease Agreement ("First Amendment") with TV to defer monthly rental payments for the months of May 2020 and June 2020. On or about April 20, 2021, the CITY entered into a Second Amendment to Lease Agreement ("Second Amendment") with TV, which provided TV an extension of time to complete improvements required for the Phase 2 Improvements to the Premises from December 31, 2020, to December 31, 2021.

TV failed to provide the CITY with evidence satisfactory to the CITY that TV performed all of the Phase 2 Improvements which consist of first floor interior remodeling and exterior improvements consisting of landscaping, painting, and restriping of the parking lot by December 31, 2021. Additionally, TV failed to provide the CITY with evidence that is satisfactory to the CITY by January 31, 2022, that TV has expended a minimum of Six Hundred and Twenty-Five Thousand Dollars ($625,000.00) for the Phase 2 Improvements.

On April 15, 2022, the CITY notified TV, by certified mail, return receipt requested and by email, of TV's default under Paragraph 20(c)(2) of the Lease providing TV sixty (60) days to cure the default, otherwise the Lease Agreement would be terminated effective June 14, 2022. Although the Lease Agreement has been terminated, TV continues in possession of the Premises

without the permission of the CITY, has refused to vacate the Premises, and is holding over in violation of Chapter 83, Florida Statutes, and the Lease Agreement, as amended.

TV's Amended Answer, Affirmative Defenses and Counterclaim was filed on or about August 18, 2022 and asserts ten Affirmative Defenses: retaliatory eviction; equitable estoppel; unclean hands; equitable lien; waiver; premature eviction; defective notice; modification through course of dealings; prior material breach; and no breach of contract. TV's Counterclaim contains three counts: Breach of Contract; Breach of Implied Covenant of Good Faith and Fair Dealing; and Inverse Condemnation and has demanded a jury trial. The City filed its Answers and Affirmative Defenses to the Amended Counterclaim on September 8, 2022. TV's Reply to the City's Affirmative Defenses was filed on September 15, 2022.

The City filed its Notice to Set Case for Trial on August 12, 2022, to which TV objected.

### III.    Discussion

The City contends that notwithstanding TV's Counterclaim, the City is still entitled to the summary procedure set forth in Section 51.011, Florida Statutes, yet has been unable to schedule this matter for an expedited trial.

Now that all of the responsive pleadings have been filed, the City respectfully requests a case management conference pursuant to Fla. R. Civ. P. 1.200(a), to address the following with Court and TV:

A.    A projected trial date;

B.    Parameters for a case management order; and

C.    Any other potential issues that the Court would like to address with the parties.

Per Fla. R. Civ P. 1.200(a), the Court or any party may convene/request a case management conference at any time after the time for filing responsive pleadings. Given that all responsive

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

pleadings have been filed, a case management conference is appropriate in order to move this matter forward in an efficient manner and pursuant to Section 51.011, Florida Statutes.

## IV.    Conclusion

WHEREFORE, Plaintiff/Counter Defendant, CITY OF FORT LAUDERDALE, respectfully request that the Court enter an Order scheduling a Case Management Conference as expeditiously as possible, requiring all parties' counsel's attendance at the same, and awarding such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Edward A. Dion

EDWARD A. DION
Florida Bar No. 267732
RONNIE ADILI
Florida Bar No. 140473
Nabors, Giblin & Nickerson, P.A.
8201 Peters Road, Suite 1000
Plantation, Florida 33324
(954) 315-0268
edion@ngnlaw.com
radili@ngnlaw.com
legal-admin@ngnlaw.com

**COUNSEL FOR PLAINTIFF**
**CITY OF FORT LAUDERDALE**

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Mail via the Florida Courts E-Filing Portal, as authorized by Fla. R. Jud. Admin. 2.516, this _21st_ day of September, 2022 to:

WILLIAM R. SCHERER, ESQUIRE
THOMAS ARNST, ESQUIRE
IRWIN GILBERT, ESQUIRE
Conrad & Scherer, LLP
633 South Federal Highway
Fort Lauderdale, Florida 33301
(954) 462-5500
(954) 463-9244 (Fax)
wscherer@conradscherer.com
tarnst@conradscherer.com
igilbert@conradscherer.com
ogonzalez@conradscherer.com
amaya@conradscherer.com
ekreiling@conradscherer.com
eservice@conradscherer.com

**ATTORNEYS FOR DEFENDANT/
COUNTERCLAIM PLAINTIFF,
TERMINAL VENTURES, LLC**

/s/ Edward A. Dion
EDWARD A. DION

5

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY. FLORIDA

CITY OF FORT LAUDERDALE, a
municipal corporation of the State of Florida,

     Plaintiff,

v.                                  CASE NO.    CACE22011787(5)

TERMINAL VENTURES, LLC, a Florida
limited liability company,

     Defendant.

_____/

TERMINAL VENTURES, LLC, a Florida
limited liability company,

     Counterclaim Plaintiff,

v.

CITY OF FORT LAUDERDALE, a
municipal corporation of the State of Florida,

     Counterclaim Defendant.

_____/

**PLAINTIFF/COUNTERCLAIM DEFENDANT, CITY OF FORT LAUDERDALE'S
NOTICE OF HEARING**

     PLEASE TAKE NOTICE that on **Tuesday, November 1, 2022, at 8:45 a.m.**[1],

Plaintiff/Counterclaim Defendant, City of Fort Lauderdale will call up for hearing via Zoom at

**https://17thflcourts.zoom.us/j/232523414, Meeting ID: 232 523 414** before the Honorable

_____

[1] I hereby certify that: (1) I have made a good faith attempt to resolve this matter prior to noticing it for hearing; and (2) the issues before the Court may be heard and resolved by the Court within five (5) minutes.

Martin J. Bidwill, Circuit Court Judge, Plaintiff/Counterclaim Defendant, City of Fort Lauderdale's Motion for Case Management Conference.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Respectfully submitted,

/s/ *Edward A. Dion*
EDWARD A. DION
Florida Bar No. 267732
RONNIE ADILI
Florida Bar No. 140473
Nabors, Giblin & Nickerson, P.A.
8201 Peters Road, Suite 1000
Plantation, Florida 33324
(954) 315-0268
edion@ngnlaw.com
radili@ngnlaw.com
legal-admin@ngnlaw.com

**COUNSEL FOR PLAINTIFF**
**CITY OF FORT LAUDERDALE**

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you have a hearing or voice disability you can contact the court through the Florida Relay Service by calling 711."**

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Mail via the Florida Courts E-Filing Portal, as authorized by Fla. R. Jud. Admin. 2.516, this  21st  day of September 2022 to:

WILLIAM R. SCHERER, ESQUIRE
THOMAS ARNST, ESQUIRE
IRWIN GILBERT, ESQUIRE
Conrad & Scherer, LLP
633 South Federal Highway
Fort Lauderdale, Florida 33301
(954) 462-5500
(954) 463-9244 (Fax)
wscherer@conradscherer.com
tarnst@conradscherer.com
igilbert@conradscherer.com
ogonzalez@conradscherer.com
amaya@conradscherer.com
ekreiling@conradscherer.com
eservice@conradscherer.com

**ATTORNEYS FOR DEFENDANT/
COUNTERCLAIM PLAINTIFF,
TERMINAL VENTURES, LLC**

/s/ *Edward A. Dion*
EDWARD A. DION

3