# Exhibit "M"

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY. FLORIDA

CITY OF FORT LAUDERDALE, a
municipal corporation of the State of Florida,

    Plaintiff,

v.                                                                              CASE NO.    CACE22011787(5)

TERMINAL VENTURES, LLC, a Florida
limited liability company,

    Defendant.

_____/

TERMINAL VENTURES, LLC, a Florida
limited liability company,

    Counterclaim Plaintiff,

v.

CITY OF FORT LAUDERDALE, a
municipal corporation of the State of Florida,

    Counterclaim Defendant.

_____/

## NOTICE OF HEARING
### *(Amended as to time only)*

PLEASE TAKE NOTICE that on **Tuesday, February 14, 2023, at 9:45 a.m.**, Plaintiff/Counterclaim Defendant, City of Fort Lauderdale will call up for hearing via Zoom at **https://17thflcourts.zoom.us/j/232523414, Meeting ID: 232 523 414** before the Honorable Martin J. Bidwill, Circuit Court Judge, a Case Management Conference.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 11/04/2022 12:46:52 PM.****

Respectfully submitted,

/s/ Edward A. Dion
EDWARD A. DION
Florida Bar No. 267732
Nabors, Giblin & Nickerson, P.A.
8201 Peters Road, Suite 1000
Plantation, Florida 33324
(954) 315-0268
edion@ngnlaw.com
legal-admin@ngnlaw.com

**COUNSEL FOR PLAINTIFF
CITY OF FORT LAUDERDALE**

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days.  If you have a hearing or voice disability you can contact the court through the Florida Relay Service by calling 711."**

NOT AN OFFICIAL COPY – PUBLIC NOTICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

Electronic Mail via the Florida Courts E-Filing Portal, as authorized by Fla. R. Jud. Admin. 2.516,

this __4th__ day of November 2022 to:

WILLIAM R. SCHERER, ESQUIRE
THOMAS ARNST, ESQUIRE
IRWIN GILBERT, ESQUIRE
Conrad & Scherer, LLP
633 South Federal Highway
Fort Lauderdale, Florida 33301
(954) 462-5500
(954) 463-9244 (Fax)
wscherer@conradscherer.com
tarnst@conradscherer.com
igilbert@conradscherer.com
ogonzalez@conradscherer.com
amaya@conradscherer.com
ekreiling@conradscherer.com
eservice@conradscherer.com

**ATTORNEYS FOR DEFENDANT/
COUNTERCLAIM PLAINTIFF,
TERMINAL VENTURES, LLC**

BRUCE DAVID GREEN, ESQUIRE
Bruce David Green, P.A.
1313 South Andrews Avenue
Ft. Lauderdale, Florida 33316
bgreen@bdgreenpa.com
service@bdgreenpa.com
(954) 522-8554
**COUNSEL FOR DEFENDANT
TERMINAL VENTURES, LLC**

/s/ *Edward A. Dion*
EDWARD A. DION

3

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY