# Exhibit "Q"

# Mark B. Goldstein, P.A.

ATTORNEY AT LAW

February 24, 2022

VIA ELECTRONIC MAIL RJAMES@FORTLAUDERDALE.GOV

RUFUS A. JAMES, AIRPORT MANAGER
FORT LAUDERDALE EXECUTIVE AIRPORT
290 NE 3RD AVENUE
FORT LAUDERDALE, FLORIDA 33301

Re:     *Parcel 8G, Fort Lauderdale Executive Airport, Fort Lauderdale, Broward County, Florida-"Parcel"*

Dear Mr. James:

We continue in the representation of Terminal Ventures, LLC ("TV").

As you are certainly aware, since October 2021, we have been in serious negotiations with Million Air and/or its affiliates ("Proposed Partner") regarding Parcels 8AB and 8G. Such dialogue resulted in the execution of a letter of intent and numerous draft agreements necessary to consummate the transaction. The discussions with Million Air are, as of this date, ongoing and active.

In addition, pursuant to the revised site plan prepared and circulated by the Proposed Partner, it intends to demolish the existing structure on Parcel and utilize property in furtherance to its overall FBO re-development. Given the foregoing, it would be illogical for TV to continue to expend funds in the remodeling and improvement of the building as it, in all probability, will be raised by the Proposed Partner.

We, therefore, request a twelve (12) month extension of time to allow us to conclude our negotiations with Million Air and complete the proposed transaction. Obviously, if we are successful in such endeavors, Million Air will liaise with you about the Parcel and the terms and conditions of the Lease.

Thank you for your continued support.

Very truly yours,

MARK B. GOLDSTEIN P.A.

MARK B. GOLDSTEIN, Esquire
For the Firm

MBG:agw
Cc:     Ignacio A. Martinez (via electronic mail)
        Leonel Leon (via electronic mail)

2700 N. MILITARY TRAIL, SUITE 130 • BOCA RATON, FLORIDA 33431 • TELEPHONE (561) 989-9955 • FACSIMILE (561) 989-9966
mbg@bizavlaw.com • www.bizavlaw.com