

**ORDERED in the Southern District of Florida on April 13, 2023.**

_Scott M. Grossman_

**Scott M. Grossman, Judge
United States Bankruptcy Court**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In re:

| | |
|---|---|
| **KC FXE AVIATION INVESTMENTS, LLC, et al.,** | **Case No.: 22-19815-SMG (Jointly Administered)** |
| **Debtors.** | **Chapter 11** |
| _____/ | |

**ORDER GRANTING IN PART AND DENYING IN PART AS MOOT
THE CITY OF FORT LAUDERDALE'S MOTION TO DISMISS
CHAPTER 11 CASES FOR BAD FAITH PURSUANT TO 11 U.S.C. § 1112(b)(1)
OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362(d) OR, IN THE ALTERNATIVE,
FOR ABSTENTION PURSUANT TO 11 U.S.C. § 305(a)(1) [ECF 39]**

THIS MATTER came before the Court for an evidentiary hearing in Fort Lauderdale, Florida on March 30-31, 2023 on the City of Fort Lauderdale's Motion to Dismiss Chapter 11 Cases for Bad Faith Pursuant to 11 U.S.C. § 1112(b)(1) Or, in the Alternative, for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) or, in the Alternative, for Abstention Pursuant to

1

11 U.S.C. § 305(a)(1) (the "Motion") [ECF 39], the response [ECF 62], and the reply [ECF 63], and for the reasons set forth on the record, the Court

ORDERS:

1.      The Motion is granted in part and denied in part as moot as set forth below.

2.      Case Nos. 22-19815 and 22-19816 are dismissed pursuant to 11 U.S.C. § 1112(b)(1).

3.      The City of Fort Lauderdale is afforded stay relief pursuant to 11 U.S.C. § 362(d)(1).

4.      The Court denies as moot the request for abstention pursuant to 11 U.S.C. § 305(a)(1).

# # #


Submitted by:

G. STEVEN FENDER, ESQ.
Florida Bar No. 060992
Attorney for City of Fort Lauderdale
P.O. Box 1545
Ft. Lauderdale, FL 33302
Telephone: (407) 810-2458
Email: steven.fender@fender-law.com

Mr. Fender is instructed to serve copies of this Order on all parties in interest and to file a certificate of service that he has done so.